**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **FRED GORSTEIN & AVIVA GORSTEIN**<br>　　　　　　**Plaintiffs,**<br>　　v.<br>**ANTHONY GLENN,** *et al.*<br>　　　　　　**Defendants.** | **CIVIL ACTION NO. 22-2487** |

## ORDER

**AND NOW**, this 17th day of February 2023, upon consideration of Plaintiffs Fred and Aviva Gorstein's Motion to Remand [Doc. No. 6] and the responses thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**. The Clerk of Court is directed to **REMAND** this case to the Court of Common Pleas of Delaware County, Pennsylvania, where it was filed at CV-2022-003741, and to **CLOSE** the case in the Eastern District of Pennsylvania. It is further **ORDERED** as follows:

1. Plaintiffs' request for attorneys' fees and costs incurred as a result of removal pursuant to 28 U.S.C. § 1447(c) is **DENIED**.

2. Defendants the American Select Insurance Company and the Westfield Insurance Group's Motion to Dismiss [Doc. No. 7] is **DISMISSED AS MOOT**.

It is so **ORDERED**.

　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　 /s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**